IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA/DA PROPERTIES INC., individually and on behalf of all others similar situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTV, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-00587 WHA<br><br>**ORDER SETTING IN-CHAMBERS CONFERENCE REGARDING POTENTIAL DISQUALIFICATION** |

    This order sets an in-chambers conference with counsel for both sides in this case to discuss a personal situation between the assigned judge and DIRECTV, and to discuss a possible disqualification motion. This conference will occur on **WEDNESDAY, APRIL 20, 2011, AT 4:00 P.M.**

    **IT IS SO ORDERED.**

Dated: April 8, 2011.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE