IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MA/DA PROPERTIES INC., individually and on behalf of all others similar situated,

    Plaintiff,

  v.

DIRECTV, INC.,

    Defendant.
                                        /

No. C 11-00587 WHA

**ORDER OF RECUSAL**

      For the reason discussed at yesterday's conference with counsel, the Court feels it best if another judge is assigned to these actions, so the undersigned judge hereby recuses himself. The Clerk shall please reassign the case pursuant to the provisions of Paragraph E.2 of the Assignment Plan.

    **IT IS SO ORDERED.**

Dated: April 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE