ANDREW E. PARIS (SBN 162562)
GRACE W. KANG (SBN 271260)
SAYAKA KARITANI (SBN 240122)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
drew.paris@alston.com
grace.kang@alston.com
sayaka.karitani@alston.com

Attorneys for Defendant
**DIRECTV, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA/DA PROPERTIES INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 3:11-cv-00587-CRB<br><br>Hon. Charles R. Breyer<br><br>**APPENDIX OF FCC AUTHORITIES AND NON-CALIFORNIA STATE AUTHORITIES IN SUPPORT OF DIRECTV'S (1) MOTION TO DISMISS AND (2) MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:         July 8, 2011<br>Time:        10:00 a.m.<br>Judge:       Hon. Charles R. Breyer<br>Courtroom:  8 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant DIRECTV, Inc. ("DIRECTV") respectfully submits the following Appendix of Authorities in support of DIRECTV's (1) Motion to Dismiss and (2) Motion to Strike Class Allegations:

## TELECOMMUNICATIONS ACT OF 1996

EXHIBIT 1:    Telecommunications Act of 1996, Pub. L. No. 104-104, 110 Stat. 56.

## FCC AUTHORITIES

EXHIBIT 2:    *In re Preemption of Local Zoning Regulation of Satellite Earth Stations and Restrictions on Over-the-Air Reception Devices*, FCC 98-273, 1998 WL 888546 (Dec. 23, 1998)

EXHIBIT 3:    *In re Implementation of Section 207 of the Telecommunications Act of 1996,* 98-273, 1998 WL 801763 (F.C.C. Nov. 20, 1998)

EXHIBIT 4:    *In re Craig Wirth,* CSR 7861-O, 2010 WL 4411023 (F.C.C. Nov. 5, 2010)

EXHIBIT 5:    *In re CS Wireless Systems, Inc. d/b/a Omnivision of San Antonio,* CSR 4947-O, 1997 WL 631407 (F.C.C. Oct. 14, 1997)

EXHIBIT 6:    *In re James Bannister,* CSR-7861-0, 2009 WL 2341705 (F.C.C. July 29, 2009)

EXHIBIT 7:    *In re Philip Wojcikewicz,* CSR-6030-0, 2003 WL 22227634 (F.C.C. Sept. 25, 2003)

EXHIBIT 8:    *In re Philip Wojcikewicz,* CSR-6030-0, 2007 WL 1526395 (F.C.C. May 22, 2007)

EXHIBIT 9:    *In re Richard Rhoad,* CSR-7862-0, 2009 WL 2341708 (F.C.C. July 28, 2009)

## NON-CALIFORNIA STATE AUTHORITIES

EXHIBIT 10:   *Urban Horizons Tax Credit Fund L.P. v. Zarick,* 761 N.Y.S.2d. 795 (N.Y. Civ. Ct. 2003)

EXHIBIT 11:   W*oodbridge Condos. Owners' Ass'n v. Jennings*, No. 2004-Ohio-5317, 2004 WL 2801609 (Ohio Ct. App. Sept. 30, 2004)

DATED:  May 31, 2011

ANDREW E. PARIS
GRACE W. KANG
SAYAKA KARITANI
**ALSTON & BIRD LLP**

 */s/*  Andrew E. Paris
Andrew E. Paris
Attorneys for Defendant
**DIRECTV, INC.**